## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **BRANDON LEE BLANKINCHIP,** | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 24-00239-KD-B |
| | ) | |
| **PAUL BURCH,** | ) | |
| | ) | |
| Respondent. | ) | |

### **ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and no objections having been filed, the Report and Recommendation of the Magistrate Judge (Doc. 4) made under 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b), and S.D. Ala. GenLR72(c), and dated September 25, 2024, is ADOPTED as the opinion of this Court.

Accordingly, this action is **DISMISSED** without prejudice for failure to prosecute.

Petitioner is not entitled to a certificate of appealability. The Court also certifies that any appeal by Petitioner of this dismissal would be without merit and therefore not taken in good faith.   Thus, Petitioner is not entitled to proceed *in forma pauperis* on appeal.

**DONE** and **ORDERED** this 26th day of November 2024.

                                                            s/ Kristi K. DuBose
                                                          **KRISTI K. DuBOSE**
                                                          **UNITED STATES DISTRICT JUDGE**

Case 1:24-cv-00239-KD-B    Doc# 6    Filed 11/26/24    Page 2 of 2    PageID# 69