# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **BRANDON LEE BLANKINCHIP,** ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Civil Action No. 24-00239-KD-B |
| ) | |
| **PAUL BURCH,** ) | |
| ) | |
| Respondent. ) | |

## JUDGMENT

In accordance with the Order entered this date, adopting the Report and Recommendation of the Magistrate Judge (doc. 4), it is **ORDERED**, **ADJUDGED**, and **DECREED** that this action is **DISMISSED** without prejudice for failure to prosecute.

Petitioner is not entitled to a certificate of appealability. The Court also certifies that any appeal by Petitioner of this dismissal would be without merit and therefore not taken in good faith.  Thus, Petitioner is not entitled to proceed *in forma pauperis* on appeal.

**DONE** and **ORDERED** this 26th day of November 2024.

s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**